JMK:MTK/DG
F.# #2017R01904

**CR 18 0102**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

PANAYIOTIS KYRIACOU,
    also known as "Peter Kyriacou," et al.

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

FILED UNDER SEAL  FEB 28 2018

PROPOSED LIMITED
UNSEALING ORDER

VITALIANO, J.

BULSARA, M.J.

       Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Jacquelyn M. Kasulis, Michael T. Keilty and David Gopstein for an order authorizing the government to disclose the Indictment and arrest warrants in the above-captioned matter to law enforcement in the United Kingdom, Hungary, Saint Vincent and the Grenadines and Mauritius.

       WHEREFORE, it is ordered that the government may disclose the Indictment and arrest warrants in the above-captioned matter to law enforcement in the United Kingdom, Hungary, Saint Vincent and the Grenadines and Mauritius.

Dated:   Brooklyn, New York
          _____, 2018

                                 s/Vera M. Scanlon
                             _____
                             HONORABLE VERA M. SCANLON
                             UNITED STATES MAGISTRATE JUDGE
                             EASTERN DISTRICT OF NEW YORK



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMK:MTK/DG
F. #2017R01904

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 27, 2018

**FILED UNDER SEAL**
By Hand

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

CR 18 0102
VITALIANO, J.
BULSARA, M.J.

2018 FEB 28 AM 9:53
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
FILED CLERK

Re: United States v. Panayiotis Kyriacou, also known as "Peter Kyriacou," et al.

Dear Judge Scanlon:

The government respectfully submits this letter to request that the Court order that the Indictment and arrest warrants (the "Subject Documents") in the above-captioned matter be unsealed for the limited purpose of authorizing the government to disclose the Subject Documents to law enforcement authorities in foreign countries where the defendants are located: the United Kingdom, Hungary, Saint Vincent and the Grenadines and Mauritius. Because the Subject Documents are currently sealed, the government respectfully requests that this letter and the enclosed proposed order be filed under seal.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: _____/s/_____
Jacquelyn M. Kasulis
Michael T. Keilty
David Gopstein
Assistant U.S. Attorney
(718) 254-6103/7528/6153

Enclosure