## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Cheryl L. Pollak**                    DATE:   **7/18/18**

DOCKET NUMBER:   **18CR102(KAM)**                LOG #:   **11:23 – 11:38**

DEFENDANT'S NAME:   **Adrian Baron**
   √ Present   ___ Not Present       √ Custody   ___ Bail

DEFENSE COUNSEL:   **John Curran**
   ___ Federal Defender   ___ CJA       √ Retained

A.U.S.A:   **Michael Keilty**              CLERK:   **Felix Chin**

INTERPRETER:   _____  (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

√ Status conference set for **8/6/18** @ **10:30** before Judge **Matsumoto**

Other Rulings: Gov't states that they believe the dft is bailable, however the details of the bond need to be finalized before they would agree to release. Dfse counsel states that he has some of the bond details complete while others are being worked upon. Court suggests that the details of the bond be complete before it would consider release. Order of detention entered.