**U.S.D.J. KIYO A. MATSUMOTO**                          TIME: 11:30a.m. - 12:10p.m.

**DATE: 9/11/2018**

## CRIMINAL CAUSE FOR PLEADING

**Docket & File**

**USA - V. - BARON**                          Docket No.: **18-CR-102**[KAM]

Defendant: **Adrisn Baron**
✓ present      ___ not present         ✓ custody      ___ bail

Def. Counsel: **Avni Praful Patel**
✓ present      ___ not present         ✓ Retained            ___ Federal Defender   ___ CJA

AUSA: **David Gopstein/Michael Keilty**     Clerk/Deputy   __Sandy Jackson__

Court Reporter: **David Roy**                              Int: ____N/N____

✓ Case Called
___ Defendant's First Appearance
✓ Defendant: ✓ Sworn     ___ Arraigned  ✓ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued: _____
___ Defendant Enters Guilty Plea to Count(s)_ of the Indictment.
✓ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) **5** of the **Superseding Indictment**
✓ Court Finds Factual Basis for the Plea
✓ **Sentencing set for 12/10/2018 at 11:00a.m.**
___ Sentencing to be set by Probation
___ Bail/Bond: ___ Set ___ Continued for Defendant ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
✓ Court accepts the Plea of Guilty.
✓ Transcript Ordered

✓ Counsel are advised that they are expected to follow Federal Rule 32 with regard to objections to or correcting the Presentence Report (PSR). Opposing counsel must respond to the PSR within two weeks. PSR objections must directed to the probation officer, but need not be filed via ecf.

✓ Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's submissions shall be filed by **11/21/2018,** and the government must respond by **11/28/2018,** reply if any, by the defendant, shall be served and filed by **12/2/2018.** The court respectfully request that the parties shall serve chambers with two hard courtesy copies of all sentencing related materials and one copy served on the probation department.

✓ **The Probation Department is respectfully requested to expedite the PSR**